IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02465–RPM–KMT

LAURICE LEIGH,

    Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS, and
DOES 1-10, inclusive,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Caption" (Doc. No. 9, filed October 27, 2011) is GRANTED.  The caption shall be amended to identify Professional Bureau of Collections of Maryland, Inc., as the sole defendant in this action.

Dated: October 27, 2011