IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02465-RPM-KMT

LAURICE LEIGH,

    Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [19] filed today, it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED:  May 3rd, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge